SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Innumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telphone : (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
Ignacio Vera

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>     Plaintiff,<br><br>    vs.<br><br>METRO BALDERAS RESTAURANT, INC.; POLYMAR HOUSING, LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-11000-SRM-MARx**<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT, METRO BALDERAS RESTAURANT, INC. WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff, IGNACIO VERA ("Plaintiff") and Defendant, METRO BALDERAS RESTAURANT, INC., stipulate that this Court dismiss Defendant, METRO BALDERAS RESTAURANT, INC. from this action without prejudice in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED:  January 21, 2026          SO. CAL. EQUAL ACCESS GROUP


                                 By:  ___/s/   Jason J. Kim_____
                                      Jason J. Kim
                                      Attorneys for Plaintiff, IGNACIO VERA


DATED:  January 21, 2026          Law Offices of Adolfo B Garber


                                 By:  ___/s/ Adolfo B. Garber_____
                                      Adolfo B. Garber, Esq.
                                      Attorneys for Defendant
                                      METRO BALDERAS RESTAURANT, INC.


### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  January 21, 2026          By: /s/ Jason J. Kim_____
                                      Jason J. Kim

-2-

STIPULATION FOR DISMISSAL