SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IGNACIO VERA,

      Plaintiff,

    vs.

METRO BALDERA RESTAURANT, INC.; POLYMAR HOUSING, LLC; and DOES 1 to 10,

      Defendants.

**Case No.: 2:25-cv-11000-SRM-MAR**

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff IGNACIO VERA ("Plaintiff") and Defendant POLYMAR HOUSING, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

NOTICE OF SETTLEMENT OF ENTIRE CASE

Respectfully submitted,

DATED:  February 10, 2026          SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
          Jason J. Kim
          Attorneys for Plaintiff


DATED:  February 10, 2026


By:    /s/ Alan Forsley
          Alan Forsley, Esq.
          Attorneys for Defendant
          POLYMAR HOUSING, LLC

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  February 10, 2026          By:  /s/ Jason J. Kim
                                              Jason J. Kim

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE